# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RELDA ANN MOSS,

          Case No. 3:08-cv-00393

    Plaintiff,

-vs-

          District Judge Thomas M. Rose

FAIRBORN CITY SCHOOLS,  Magistrate Judge Sharon L. Ovington

    Defendant.

___

**ENTRY AND ORDER OVERRULING MOSS'S MOTION FOR RECONSIDERATION (Doc. #90)**

___

Magistrate Judge Sharon L. Ovington recommended that pro se Plaintiff Relda Ann Moss's ("Moss's") Motion for Summary Judgment be overruled. (Doc. #86.) Moss filed objections to Magistrate Judge Ovington's recommendation and Defendant Fairborn City School District Board of Education (the "Board") responded. Subsequently and after careful review, this Court overruled Moss's objections and adopted Magistrate Judge Ovington's recommendation. Moss's Motion for Summary Judgment was and remains overruled.

Moss then asked this Court to reconsider its decision to overrule her Motion for Summary Judgment. (Doc. #90.) The Board responded to this request and Moss has replied. Moss's Motion for Reconsideration is, therefore, ripe for decision.

Moss's Motion for Reconsideration is overruled. She provides no legal basis upon which the Court may even consider a motion for reconsideration. If she had done so, her Motion would still be overruled. Moss sought Summary Judgment yet provided no legally acceptable evidence in support of that Motion.

**DONE** and **ORDERED** in Dayton, Ohio, this Twenty-Second day of February, 2010.

                                       **s/Thomas M. Rose**

                                    _____
                                          THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Relda Ann Moss at her last address of Record
Counsel of Record